## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

Oriental Bank

    Plaintiff,

vs.

Bernadette Rogers,

    Defendant.

_____/

Case No.: _____

Action for Debt and Foreclosure of Real Property

## **COMPLAINT**

Plaintiff, Oriental Bank, by and through the undersigned counsel, for its complaint against Defendant BERNADETTE ROGERS, states:

1. Jurisdiction is proper over this matter pursuant to 28 U.S.C § 1332 due to the complete diversity of citizenship of the parties and the fact that the amount in controversy exceeds the sum of $75,000.00, and because this is an action to foreclose a real property mortgage.

2. Venue is proper in this division because the subject Mortgaged Property is located in St. Thomas, U.S. Virgin Islands.

3. Plaintiff ORIENTAL BANK is a banking corporation organized under the laws of Puerto Rico, having its principal place of business in Hato Rey, Puerto Rico.

4. Defendant BERNADETTE ROGERS is the sole owner of record of the Mortgaged Property described herein located in St. Thomas, U.S. Virgin Islands, and upon information and belief, is a citizen of and resident of St. Thomas, U.S. Virgin Islands. A copy of the Quit Claim Deed is attached as **Exhibit A**.

5. On April 4, 2008, Defendant BERNADETTE ROGERS executed a Note promising to pay the Note Holder the principal sum of Two Hundred Sixty Thousand and 00/100 U.S. Dollars

($260,000.00), together with interest at the rate of 5.55% per annum, in equal monthly installments of $1,484.42. A copy of the Note is attached as **Exhibit B**.

6. The Note provides that it shall become due and payable in its entirety, without notice, by reason of default in the payment or interest or principal when due, as well as any other default thereunder.

7. Repayment of the loan, including any and all sums that they at any time and for any reason may become due, is secured by a First Priority Mortgage executed on April 4, 2008 by Defendant BERNADETTE ROGERS in the principal sum of $260,000.00 covering the following real property:

**Parcel No. 31-G Estate Lindberg Bay**
**No. 4A Southside Quarter**
**St. Thomas US Virgin Islands**
**as shown on PWD No. G9-812-T65**

(the "Mortgaged Property"). The First Priority Mortgage was recorded at the U.S. Virgin Islands Office of the Recorder of Deeds for the District of St. Thomas/St. John on April 9, 2008 as Document No 2008004163. A copy of the First Priority Mortgage is attached as **Exhibit C**.

8. The Mortgage was modified by a loan Modification Agreement executed by Defendant BERNADETTE ROGERS dated May 12, 2015; which confirmed the amount payable under the Note and Mortgage at $269,342.64; and set the interest rate at 5.5% per annum; and extended the maturity date to June 9, 2045. The Loan Modification Agreement was recorded at the U.S. Virgin Islands Office of the Recorder of Deeds for the District of St. Thomas/St. John on March 14, 2016 as Document No 2016001599. A copy of the Loan Modification Agreement is attached as **Exhibit D**.

9. The First Priority Mortgage was assigned to Plaintiff ORIENTAL BANK on April 28, 2021 by an Assignment of Mortgage recorded at the Office of the Recorder of Deeds for the District of St. Thomas/St. John on May 13, 2021, as Document No. 2021002763. A copy of the Assignment of Mortgage is attached as **Exhibit E**.

10. The Note follows the First Priority Mortgage. The First Priority Mortgage provides that Defendant BERNADETTE ROGERS shall pay all payments that are due under the Note. The Plaintiff

is the holder of the Note and Mortgage and is entitled to enforce the Note and First Priority Mortgage.

11. Defendant BERNADETTE ROGERS has failed to comply with the terms and conditions of the Note and First Priority Mortgage, and is in default under those instruments for failing to pay the principal and interest when due on August 9, 2022.

12. Notice of the default was sent to Defendant BERNADETTE ROGERS at the property address and at the mailing address at time of default.  A copy of the letter is attached as **Exhibit F**.

13. To date, the default has not been cured, and Defendant BERNADETTE ROGERS remains in default under the terms of the Note and First Priority Mortgage for failing to pay the principal and interest when due.

14. During the pendency of this action and prior to the foreclosure sale of the Mortgaged Property, Plaintiff ORIENTAL BANK may be required to pay real property taxes, insurance premiums, or other similar charges with respect to the Mortgaged Property, which, pursuant to the First Priority Mortgage, become part of the principal amount of the indebtedness and for which Plaintiff is entitled to recover against Defendant BERNADETTE ROGERS; as well as costs and fees, including its reasonable attorneys' fees as a result of protecting Plaintiff's legal rights, which under the provisions of the First Priority Mortgage also become a lien on the Mortgaged Property until paid.

**Count I - Action for Debt**

15. Plaintiff re-states and re-alleges the preceding paragraphs and incorporates them by reference as if fully stated herein.

16. Pursuant to the terms and conditions of the Note and First Priory Mortgage, Plaintiff has elected to declare the entire unpaid principal sum with all accrued interest and late charges due and payable, and there is, accordingly, due and owing to Plaintiff ORIENTAL BANK the total sum of the least **$295,341.30** as of **October 01, 2023** as shown below:

| | |
|---|---|
| Unpaid Principal Balance | $ 238,542.80 |
| Interest | $ 16,097.26 |
| Late Charges | $ 672.92 |
| Property Inspections | $ 130.00 |
| Recording Fees | $ 68.00 |
| Prior Servicer Legal Fees | $ 29,359.82 |
| Charges Due | $ 76.47 |
| Foreclosure Expenses | $ 1,445.00 |
| Inspection Fee Asse. | $ 715.00 |
| Int. Forb. Mar. | $ 3,581.00 |
| Reserve Escrow | $ 4,653.03 |
| **Total Amount Due** | **$ 295,341.30** |

plus further interest and late charges accruing until the date of judgment.

17. Plaintiff is entitled to recover all sums due under the Note from Defendant BERNADETTE ROGERS.

18. Under the terms of the First Priority Mortgage, Plaintiff is entitled to be reimbursed for any insurance premiums, taxes, or other charges that it pays with respect to the Mortgaged Property.

19. Under the terms of the Note and First Priority Mortgage, Plaintiff is entitled to be reimbursed for reasonable attorney fees and other expenses incurred by Plaintiff to enforce payment of the Note or incidental to foreclosure of the Mortgaged Property.

20. The amounts due under the terms and conditions of the Note are for a fixed and definite sum, or a sum that by computation can be readily ascertained.

## Count II - Foreclosure of All Liens

21. Plaintiff re-states and re-alleges the preceding paragraphs and incorporates them by reference as if fully stated herein.

22. Plaintiff is the holder of the Note and First Priority Mortgage given by Defendant BERNADETTE ROGERS.

23. Defendant BERNADETTE ROGERS is in default under the terms and conditions of the First Priority Mortgage and as a result, Plaintiff is entitled to foreclose its lien encumbering the Mortgaged Property to satisfy its Note.

### Count III - Quiet Title

24. Plaintiff re-states and re-alleges all of the previous paragraphs and incorporates them by reference as if fully stated herein.

25. Plaintiff is the mortgagee of the First Priority Mortgage given by Defendant BERNADETTE ROGERS encumbering the Mortgaged Property.

26. Defendant BERNADETTE ROGERS is in default under the terms and conditions of the First Priority Mortgage and as a result, Plaintiff is entitled to foreclose its lien encumbering the Mortgaged Property to satisfy its Note by way of foreclosure sale.

27. Plaintiff or the purchaser at the foreclosure sale against is entitled to possession of the Mortgage Property at the exclusion of all Defendant(s), or any parties alleging any right, title or interest in the Mortgaged Property through, under, or against Defendant(s) or on their behalf.

28. The aforesaid transactions, act, and circumstances allow Plaintiff or the purchaser at the foreclosure sale to have title to the Mortgage Property quieted against any lien or claim of right of any and all Defendants or other third parties, known or unknown, claiming any present or future right, title, estate, or interest in the Mortgaged Property.

29. Defendant(s) and all persons claiming by, through under or against them, have no estate, right title, lien, or interest in or to the Mortgage Property, or any part thereof, that is superior to the interest of Plaintiff.

30. Plaintiff is entitled to an Order or Judgment perpetually enjoining Defendant(s) and those parties claiming by, through, under or against the Defendant(s) from asserting any right, title claim, alleged lien, or interest in and to the Mortgage Property.

WHEREFORE, Plaintiff requests judgment as follows:

a) declaring that Defendant BERNADETTE ROGERS has defaulted under the terms of the Note and First Priority Mortgage, thereby entitling Plaintiff ORIENTAL BANK to exercise all of the remedies provided for those instruments;

b) adjudging that Defendant BERNADETTE ROGERS is indebted to Plaintiff in the total amount of at least **$295,341.30** as of **October 1, 2023** as described herein; plus all additional unpaid principal, interest, costs, expenses, and attorney's fees incurred by Plaintiff during the pendency of this matter or otherwise as of the date of judgment, plus interest accruing thereafter at the legal rate until the judgment is satisfied;

c) recognizing Plaintiff ORIENTAL BANK's mortgage to be a valid First Priority Mortgage against the Mortgaged Property;

d) awarding a personal judgment against Defendant BERNADETTE ROGERS for any deficiency remaining if this judgment is not satisfied after such sale;

e) granting possession of the Mortgaged Property to Plaintiff ORIENTAL BANK or the purchaser at the foreclosure sale against the Defendant(s) or anyone holding under them;

f) awarding Plaintiff ORIENTAL BANK the costs and fees incurred by it in protecting its rights in the Mortgaged Property, including but not limited to real property taxes and insurance premiums respecting the Mortgaged Property during the pendency of this action and prior to the foreclosure sale thereof; together with post judgment interest on the judgment amount, costs and reasonable attorneys' fees;

g) declaring that Defendant BERNADETTE ROGERS and all persons claiming from and under them are barred and forever foreclosed of all right, title, lien, claim, and equity of redemption in and to the Mortgaged Property, subject only to the statutory right of redemption except where waived and released; and

h)   awarding ORIENTAL BANK such other and further relief as the Court deems proper under the circumstances.

Respectfully submitted,

Quintairos, Prieto, Wood & Boyer, P.A.
24b Norre Gade, Mail: 1026 Norre Gade
St. Thomas, VI 00802

Mailing Address:
255 Orange Avenue, Suite 900
Orlando, FL 32801
Phone: (855) 287-0240
Fax: (855) 287-0211

/s/ Matthew R. Reinhardt
Matthew R. Reinhardt, Esq.
V.I. Bar Number 1265
Matthew.Reinhardt@qpwblaw.com